IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD SAMUEL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv373 |
| | ) | |
| vs. | ) | ORDER |
| | ) | (appeal) |
| SARPY COUNTY SHERIFF'S OFFICE, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to filing nos. 75 and 80, the plaintiff's initial partial appellate filing fee is $85.78.

SO ORDERED.

DATED this 22nd day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge