IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD SAMUEL, ) | |
| ) | |
| Plaintiff, ) | 8:04cv373 |
| ) | |
| vs. ) | MEMORANDUM AND ORDER |
| ) | |
| SARPY COUNTY SHERIFF'S ) | |
| OFFICE, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on remand from the United States Court of Appeals for the Eighth Circuit. The Eighth Circuit Court has vacated the judgment in which this court granted summary judgment for the defendants (filing nos. 70 and 71), and, instead, the Eighth Circuit has directed this court to enter judgment dismissing the above-entitled case as moot. Therefore, this case is dismissed as moot, and an Amended Judgment will be entered accordingly.

SO ORDERED.

DATED this 28th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
Chief District Judge